DENNIS K. BURKE
United States Attorney
District of Arizona

Suzanne M. Chynoweth
Assistant U.S. Attorney
Arizona State Bar No. 6835
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
E-Mail: Suzanne.Chynoweth@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jerry Duran, an unmarried man,<br><br>       Plaintiff,<br><br>v.<br><br>William Fleming, M.D., et al.,<br><br>       Defendants. | CV 10-8120<br><br>**NOTICE OF REMOVAL**<br><br>(Formerly Navajo County Superior Court No. CV 2010-00068) |

The United States of America, on behalf of Catherine Taylor, M.D. and John Doe Taylor, hereby gives notice of the removal of *Jerry Duran v. William Fleming, M.D., et al.*, (Navajo County Superior Court No. CV 201000068) to the United States District Court for the District of Arizona, pursuant to the provisions of 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233(c). The United States removes this matter for the following reasons:

1.   On February 10, 2010, Plaintiff commenced this medical malpractice action in the Navajo County Superior Court by filing a Complaint naming William Fleming, M.D., and Jane Doe Fleming, husband and wife; Catherine Taylor, M.D. and John Doe Taylor; White Mountain Physical Therapy, LTD., an Arizona Corporation; Summit Healthcare Association, an Arizona corporation, d/b/a/ Summit Healthcare Regional Medical Center; John and Jane Does 1-10; ABC, LLC 1-10; and XYZ Corporations 1-10, as the Co-Defendants. This action was assigned cause number No. CV 2010-00068. Pursuant to L.R.Civ. 3.7, a copy of the Superior Court docket sheet and a copy of the entire file as of July 12, 2010 are attached as Exhibit A.

2. Plaintiff alleges that the actions upon which his Complaint is based occurred some time after he suffered a laceration to his hand on May 14, 2008, sought emergency treatment, and was later seen by Dr. Taylor at the North Country Medical Clinic, (the Clinic). [*See* Ex. A, Plaintiff's Complaint, ¶¶ 13-15.]

3. The Department of Health and Human Services has determined that Dr. Taylor is deemed to be an employee of the Public Health Service for the period and acts/omissions giving rise to the cause of action alleged in plaintiff's complaint. That determination is binding under 42 U.S.C. § 233(g)(1)(F). [*See* Ex. B (Declaration of Meredith Torres (Senior Attorney, Claims and Employment Law Branch, Office of the General Counsel, Department of Health and Human Services (DHHS)); Ex. B-1 (Notifications by Associate Administrator, Bureau of Primary Health Care, Health Resources and Services Administration, DHHS).]

4. Dennis K. Burke, United States Attorney for the District of Arizona, has certified that at the time of the conduct alleged in the Complaint, Dr. Taylor was acting within the scope of her deemed federal employment pursuant to 28 U.S.C. § 2679(d)(2). [*See* Certification of Dennis K. Burke, attached as Ex. C.

5. The above-captioned action is one which may be removed to this Court pursuant to 28 U.S.C. § 2679(d)(2) and 42 U.S.C. §233(c) because Plaintiff alleges tort claims and seek monetary damages against Dr. Taylor for acts or omissions within the course and scope of her duties as a deemed federal employee.

6. There has been no trial or other final disposition of the Navajo County Superior Court action.

7. Pursuant to 28 U.S.C. § 2679(d)(2), no bond is required for removal of this action.

8. Pursuant to L.R. Civ. 3.7, a Notice of Filing Notice of Removal, attaching a copy of this Notice of Removal, has been sent for filing to the Clerk of the Court, Navajo County Superior Court.

WHEREFORE, the United States, on behalf of Dr. Taylor and John Doe Taylor, gives notice of the removal of this matter from Navajo County Superior Court to the United States District Court for the District of Arizona.

Respectfully submitted this 12th day of July 2010.

        DENNIS K. BURKE
        United States Attorney
        District of Arizona

        *s/Suzanne M. Chynoweth*

        SUZANNE M. CHYNOWETH
        Assistant U.S. Attorney

# CERTIFICATION

I hereby certify that on July 12, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and mailed a copy of the document to the following:

Peter Collins, Jr.
Matthew Goldstein
Gust Rosenfeld, P.L.C.
One S. Church Avenue, Ste. 1900
Tucson, AZ 85701-1627
Attorneys for Plaintiff

Thomas J. Davis
Davis & Eppstein, P.C.
5115 N. Oracle Road, #100
Tucson, AZ 85704
Co-Counsel for Plaintiff

Donn C. Alexander, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 N. Central Avenue, Suite 800
Phoenix, AZ 85012
Attorneys for Defendant William Fleming, M.D.

Susan I. McLellan
ReNae A. Nachman
3101 N. Central Avenue, Suite 600
Phoenix, Arizona 85012-2658
Attorneys for Defendant White Mountain
   Physical Therapy, Ltd.

Margaret T. McCarthy
Matthew T. Anderson
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Attorneys for Defendant Summit Healthcare Association
 d/b/a/ Summit Healthcare Regional Medical Center

*s/Irene Millsaps*
U.S. Attorney's Office